**UNITED STATES DISTRICT COURT**
for the
Western District of Texas

U. S. A. vs. Francisco Javier Muniz                              Docket No. 1:18CR00410-015

**Petition for No Action on Conditions of Pretrial Release**

     COMES NOW ___Daniel Palomares___, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Francisco Javier Muniz who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower sitting in the court at Austin, on the 19th day of September, 2019 under the following conditions:

See Appearance Bond an Order Setting Conditions of Release dated September 19, 2019.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his release:

7(m) Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

On December 18, 2020, the defendant submitted a urinalysis that results were positive for cocaine. On January 22, 2020, the defendant admitted to the illegal use of a prohibited controlled substances as indicated in the respective test result.

On November 5, 2019, the defendant successfully completed a 30-day inpatient substance abuse treatment program at Christian Farms treatment facility. Furthermore, on April 29, 2020, the defendant successfully completed outpatient substance abuse treatment at Hill Country Counseling in Austin, Texas.

The defendant has been admonished for positive drug test and warned that any future illicit drug use may result in the revocation of his pretrial release. This officer respectfully recommends that the defendant be allowed to remain on bond and attend outpatient substance abuse treatment sessions twice a month. As a corrective and controlling measure, the defendant will be subject to an increased frequency of drug testing, which will be monitored by the U.S. Pretrial Services Office closely.

This information is being provided to the Court as information only, and no action is being requested at this time. The U.S. Attorney's office has been advised of this violation and have agreed of our proposed course of action at this time.

Respectfully submitted,

_Daniel Palomares_ (signature)

Daniel Palomares
U.S. Pretrial Services Officer

Place: Austin, Texas
Date:  February 11, 2021

**ORDER OF COURT**

Considered and ordered this 11th day of February 2021 and ordered filed and made a part of the records in the above case.

_Susan Hightower_ (signature)

Judge Susan Hightower
U.S. Magistrate Judge